**Appeal dismissed and Memorandum Opinion filed August 29, 2024.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-24-00425-CV
_____

### MEMORIAL WOMEN'S CARE, PLLC, Appellant

### V.

### THE HANOVER CASUALTY COMPANY, Appellee

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-35423**

## MEMORANDUM OPINION

This appeal concerns the trial court's order signed July 12, 2024 denying the parties' respective motions for summary judgment. This court received a letter of assignment from the trial-court clerk on June 11, 2024, which resulted in the instant appeal, even though the order had not yet been signed and the parties had not filed any notices of appeal.

The trial court's July 12, 2024 order specifically permits a permissive appeal, which the clerk of this court docketed as appellate case number 14-24-00566-CV. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d), (f). A joint petition for an interlocutory appeal was filed in appellate case number 14-24-00566-CV on August 2, 2024, but not in appellate case number 14-24-00425-CV.[1]

Because appellate case number 14-24-00425-CV was erroneously assigned to this court and erroneously commenced, we dismiss appellate case number 14-24-00425-CV.

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson.

---

[1] To be fair to the parties, the petition for an interlocutory appeal was designated as being part of appellate case number 14-24-00425-CV.